

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.5:15MJ1176 |
| Plaintiff, | ) | |
| vs. | ) | WAIVER OF DETENTION HEARING AND ORDER |
| TERRENCE JOSEPH MCNEIL, | ) | |
| Defendant. | ) | Magistrate Judge Kathleen B. Burke |

Terrence Joseph McNeil, the above named defendant, accused of having violated Title 18, U.S.C., Section 373(a), advised of the nature of the charge and of his rights, and under advice of counsel, waives in open court his right to a detention hearing and consents that he be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
KATHLEEN B. BURKE
U.S. MAGISTRATE JUDGE

Date: 11/16/15

FILED
2015 NOV 16  AM 11: 55
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON