

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:15MJ1176 |
| Plaintiff, | ) | |
| vs. | ) | **WAIVER OF PRELIMINARY HEARING** |
| TERRENCE JOSEPH MCNEIL, | ) | |
| Defendant. | ) | Magistrate Judge Kathleen B. Burke |

I have been advised by my counsel and by the Court of my right under the Federal Rules of Criminal Procedure to have a preliminary hearing in the above-captioned matter at which the government would have to establish that there was probable cause to believe that I committed the violation with which I have been charged.

I hereby waive my right under the Federal Rules of Criminal Procedure to have such a preliminary hearing and consent that the proceedings may be bound over to the grand jury.

_____
Defendant

_____
Counsel for Defendant

Approved: _____
KATHLEEN B. BURKE
U.S. MAGISTRATE JUDGE

11/16/15
DATE

FILED
2015 NOV 16 AM 11:55
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON